IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JONATHAN M. SHABLESKY                            PLAINTIFF

V.                                                            NO. 1:17CV109-GHD-DAS

LIEUTENANT BARRY STANFORD, ET AL.                      DEFENDANTS

## JUDGMENT

Following a *Spears* hearing held on March 1, 2018, United States Magistrate Judge David A. Sanders issued a Report and Recommendation in this prisoner civil rights action. To date, no objections to the Report and Recommendation have been filed, and the deadline to file objections passed on March 21, 2018. Accordingly, this Court's review of the Report and Recommendation is limited to plain error. *Morales v. Mosley*, No. 3:13-cv-848, 2014 WL 5410326, at *2 (S.D. Miss. Oct. 22, 2014) (citing *Shelby v. City of El Paso*, 577 F. App'x 327, 331 (5th Cir. 2014) ("When there has been no objection to a report and recommendation, review is limited to plain error.").

The Court has reviewed the Report and Recommendation and found no plain error. It is, therefore, **ORDERED**:

1. That the Report and Recommendation [18] is **ADOPTED** as the Order of the Court;

2. That Shablesky's conditions of confinement, lockdown, retaliation, and negligence claims are **DISMISSED**;

3. That Defendants Dr. John Stanback, Sarah Rickert, Kay Watts, and the Lowndes County Board of Supervisors are **DISMISSED** from this action;

4. That Shablesky's request for injunctive relief is **DENIED**;

5. That Shablesky's denial of medical care claim **PROCEED** against Richard T. Jones; and

6. That Shablesky's interference with mail claim **PROCEED** against Lieutenant Barry Stanford.

**SO ORDERED** this 18th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE